**Electronically Filed**
**Intermediate Court of Appeals**
**29179**
**03-AUG-2012**
**12:20 PM**

NO. 29179

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOSEPH PAVSEK and IKUYO PAVSEK,
Plaintiffs-Appellants,

vs.

TODD W. SANDVOLD; JULIANA C. SANDVOLD;
KENT SATHER; JOAN SATHER; WAIALUA OCEANVIEW LLC;
HAWAII BEACH HOMES, INC.; HAWAII BEACH TRAVEL, INC.;
AND HAWAII ON THE BEACH, INC.,
Defendants-Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10 and DOE ENTITIES 1-10,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0131)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on June 13, 2012, is hereby corrected as follows:

1. On page 1, in the caption, the name "JUILIANA" is misspelled and should be replaced with "JULIANA" so that as corrected, the caption reads: "JULIANA C. SANDVOLD; . . . ."

---

[1] Nakamura, C.J., and Fujise and Reifurth, JJ.

2.     On page 4, in the tenth line, the word "dwelling" should be replaced with "dwellings" so that as corrected, the text reads: "one-family dwellings, . . . ."

3.     On page 13, in the twentieth line, "[(Zoning Board of Appeals of the City and County of Honolulu)]" should be inserted after the acronym "ZBA" so that as corrected, the text reads: ". . . and then the ZBA [(Zoning Board of Appeals of the City and County of Honolulu)], be allowed to enforce . . . ."

4.     On page 21, in the seventeenth line, the word "beached" should be replaced with "breached" so that as corrected, the text reads: ". . . the Sandvolds had breached their fiduciary duties . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 3, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2